# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>SEPTEMBER 21, 2007. |
| Name of SERVER<br>MAURO ADRIAN RAMIREZ CAZARES | TITLE<br>LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*: SERVICE ON SEPTEMBER 21, 2007 BY CERTIFIED MAIL & RETURN RECEIPT, U.S. Postal Service, ON DEFENDANT FRANCIS D. SICILIANO

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $6.11 | $6.11 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   OCTOBER 30, 2007
             ─────────────────
                   Date

*Signature of Server*

2055 San Joaquin St., Fresno, CA 93721
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | SEPTEMBER 21, 2007. |

| Name of SERVER | TITLE |
|---|---|
| MAURO ADRIAN RAMIREZ CAZARES | LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE ON SEPTEMBER 21, 2007 BY CERTIFIED MAIL & RETURN RECEIPT, U.S. Postal Service, ON DEFENDANT ROSEMARY MELVILLE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $6.11 | $6.11 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   OCTOBER 30, 2007.
                    Date

Signature of Server

2055 San Joaquin St., Fresno, CA 9372[cut off]
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | SEPTEMBER 21, 2007. |

| Name of SERVER | TITLE |
|---|---|
| MAURO ADRIAN RAMIREZ CAZARES | LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVICE ON SEPTEMBER 21, 2007 BY CERTIFIED MAIL & RETURN RECEIPT, U.S. Postal Service, ON DEFENDANT EMILIO T. GONZALES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $6.11 | $6.11 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/2007.
             Date

Signature of Server

2055 SAN JOAQUIN ST., FRESNO CA
Address of Server       93721

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>SEPTEMBER 21, 2007 |
| Name of SERVER<br>MAURO ADRIAN RAMIREZ | TITLE<br>LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☒   Other (specify):   SERVICE ON SEPTEMBER 21, 2007 BY CERTIFIED MAIL RETURN RECEIPT, U.S. Postal Service, ON DEFENDANT MICHAEL CHERTOFF

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $6.11 | $6.11 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   OCTOBER 30, 2007.
           *Date*

*Signature of Server*

2055 SAN JOAQUIN ST., FRESNO CA
*Address of Server*            93721

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure