1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927

7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 RAJVINDER SINGH,                    )
                                       ) No. C 07-4772 JW
13              Plaintiff,             )
                                       )
14        v.                           )
                                       )
15 MICHAEL CHERTOFF, Secretary of      ) **JOINT REQUEST FOR EXEMPTION**
   Homeland Security; EMILIO T. GONZALES, ) **FROM THE FORMAL ADR PROCESS;**
16 Director of the U.S. Citizenship and Immigration ) **PROPOSED ORDER**
   Services; ROSEMARY MELVILLE, District )
17 Director, U.S. Citizenship and Immigration )
   Services; FRANCIS D. SICILIANO, Officer in )
18 Charge of the San Jose Office of the U.S. )
   Citizenship and Immigration Services, )
19                                     )
                Defendants.            )
20 _____)

21     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

24 provided by the court and private entities, and considered whether this case might benefit from any of

25 them.

26     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

27 mandamus action is limited to Plaintiff's request that this Court adjudicate the application for

28 naturalization. Given the substance of the action and the lack of any potential middle ground, ADR

ADR CERTIFICATION
C07-4772 JW                              1

will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: January 14, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　MELANIE L. PROCTOR[1]
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated: January 14, 2008　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　KANWAL M. SINGH
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-4772 JW　　　　　　　　　　　　　　2