JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJVINDER SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; EMILIO T. GONZALES, Director of the U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services; FRANCIS D. SICILIANO, Officer in Charge of the San Jose Office of the U.S. Citizenship and Immigration Services,<br><br>  Defendants. | No. C 07-4772 JW<br><br>**STIPULATION TO TRANSFER PROPOSED ORDER** |

This is an action arising under 8 U.S.C. § 1447(b). Plaintiff, a resident of Tracy, California, alleges that he attended an interview on his naturalization application on November 15, 2004, but the application remains unadjudicated.

Pursuant to 8 U.S.C. § 1447(b), if there is failure to make a naturalization determination 120 days or more after the date of a naturalization examination, the applicant may apply to the United States District Court for the district in which the applicant resides for a hearing on the matter.

Tracy, California is located in San Joaquin County, in the Eastern District of California. 28 U.S.C.

1  § 84(a). Accordingly, venue for this action is proper in the Eastern District, but not in this District.

2  The parties to this action, by and through their attorneys, hereby stipulate and request of the Court
3  that this action should be transferred to the Eastern District of California pursuant to 28 U.S.C.
4  § 1406(a). Section 1406(a) provides:

5  The district court of a district in which is filed a case laying in venue in the wrong division or
   district shall dismiss, or if it be in the interest of justice, transfer such case to any district or
6  division in which it could have been brought.

7  Because venue is proper only in the Eastern District, the parties believe that the interests of justice
8  require that this action be transferred to the United States District Court for the Eastern District of
9  California.

10 Dated: January 28, 2008                     Respectfully submitted,

11                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
12

13                                                    /s/
                                               MELANIE L. PROCTOR[1]
14                                             Assistant United States Attorney
                                               Attorneys for Defendants
15

16
   Dated: January 28, 2008                            /s/
17                                             KANWAL M. SINGH
                                               Attorney for Plaintiff
18

19                                    **ORDER**

20  The foregoing stipulation is approved and this action is hereby transferred to the United States
21  District Court for the Eastern District of California, the judicial district in which this case should have
22  been brought. IT IS SO ORDERED.

23
   Date:                                       _____
24                                             JAMES WARE
                                               United States District Judge
25

26

27  _____

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.
    STIPULATION TO TRANSFER
    C07-4772 JW                              2