**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 14, 2008

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814



RECEIVED
FEB 2 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

RE: CV 07-04772 JW   RAJVINDER SINGH-v-MICHAEL CHERTOFF

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.   2 0 8 - CV 0 4 3 5

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: <u>Cindy Vargas</u>
Case Systems Administrator

Enclosures
Copies to counsel of record